

**WILLIAM R. STOERI**
(612) 343-7942
FAX (612) 340-2868
stoeri.bill@dorsey.com

April 2, 2015

**VIA ECF**

The Honorable Hildy Bowbeer
United States Magistrate Judge
United States District Court
632 Federal Building
316 N. Robert St.
St. Paul, MN  55101

    Re:    Carey v. Mayo
           Court File No. 13-cv-3207 (JRT/HB)

Dear Magistrate Judge Bowbeer:

    I write to clarify an issue raised in the April 2, 2015, letter submitted to the Court by Plaintiff's counsel, Robert Gardner. Mr. Gardner states in his letter that "this case has settled." The case is indeed resolved, but to be clear, Defendants have not agreed to pay any money or other consideration in exchange for dismissal of the case. Instead, Plaintiff has decided of her own accord to voluntarily dismiss the case with prejudice.

                                  Sincerely,

                                    s/ William R. Stoeri

                                    William R. Stoeri

WRS:sm

cc:    Matthew J. Hanzel