# UNITED STATES DISTRICT COURT
## District of Minnesota

JANE P. CAREY, *as Power of Attorney for Joseph Michael Passante, Principal*

                     Plaintiff,

v.

MAYO CLINIC, *doing business as Mayo Clinic Rochester,*
Mayo Clinic Hospital - Rochester
*doing business as*
*Mayo Clinic - Saint Mary's Hospital*

                     Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   13-cv-3207 (JRT/HB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear its own

fees and costs.

Date: April 15, 2015

                                                             RICHARD D. SLETTEN, CLERK

                                                             s/L. Brennan

                       (By)                  L. Brennan, Deputy Clerk